ACCEPTED
04-14-00751-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/8/2015 2:30:14 PM
KEITH HOTTLE
CLERK

## No. 04-14-00751-CV

IN THE COURT OF APPEALS
FOURTH DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/8/2015 2:30:14 PM
KEITH E. HOTTLE
Clerk

JOSEFINA ALEXANDER GONZALEZ, ET AL,

Appellants

v.

RAYMOND S. DE LEON II, ET AL,

Appellee

## NOTICE OF DEATH

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellants inform the Court of the death of Josefina Alexander Gonzalez on December 9, 2014.

Respectfully submitted,

*/s/Robinson C. Ramsey*
ROBINSON C. RAMSEY
State Bar No. 16523700
Email: rramsey@langleybanack.com
JOYCE W. MOORE
State Bar No. 14357400
jwmoore@langleybanack.com
PAULA C. BOSTON
State Bar No. 24089661
pboston@langleybanack.com
LANGLEY & BANACK, INC.
Trinity Plaza II
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Telephone: 210.736.6600
Telecopier: 210.735.6889

ATTORNEY FOR APPELLANTS

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the above and foregoing document has been served on this 8th day of January, 2015, to the following counsel of record:

| | |
|---|---|
| James Maverick McNeel | Jeffrey T. Knebel |
| Laura C. Mason | Michael B. Knisely |
| STRASBURGER & PRICE, LLP | OSBORNE, HELMAN, KNEBEL & |
| 2301 Broadway | DELEERY, LLP |
| San Antonio, Texas 78215 | 301 Congress Avenue, Suite 1910 |
| *Attorneys for Raymond S. De* | Austin, Texas  78701 |
| *Leon II, Trustee of the Family* | *Attorneys for Rocio G. Guerra* |
| *Trust* | |

*/s/Robinson C. Ramsey*
ROBINSON C. RAMSEY

L & B 16052/0003/L0933914.DOCX